Joseph A. Malatesta, Appellant *v.* Board of Supervisors, East Penn Township, Appellee.

Argued September 29, 1978, before Judges WILKINSON, JR., DISALLE and MACPHAIL, sitting as a panel of three.

*Alfred S. Pierce,* with him *Teel, Stettz, Shimer & DiGiacomo, Ltd.,* for appellant.

*Robert Lazorchick,* with him *Scott & Lazorchick,* for appellee.

PER CURIAM OPINION, October 30, 1978:
Joseph A. Malatesta appeals the order of the Court of Common Pleas of Carbon County, dated September 30, 1977. The lower court affirmed the decision of the Board of Supervisors of East Penn Township abolishing the office of full-time policeman, and dismissed the appeal. We affirm on the able opinion of Senior Judge HEIMBACH which is located at 6 Carbon Cnty. L.J. 210 (1977).

PER CURIAM ORDER

AND Now, this 30th day of October, 1978, the order of the Court of Common Pleas of Carbon County, dated September 30, 1977, is hereby affirmed.